EXHIBIT NO. Sent. 1 (loss calculations)
CASE NO. United States v. Keno Brown, GJH-19-68
IDENTIFICATION _____
ADMITTED _____

| First Name | Last Name | State | Age | DOD | Loss (Records) | Loss (Records and Testimony) | Beneficiary (Subjects) | Records | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Elmer | Ables | TX | 88 | | $0.00 | $5,000.00 | Ashley Reid/Marion Wallace | | USPIS intercepted parcel $3,100, USPIS interview $5,000 |
| Charles | Brubaker | NY | 77 | | $0.00 | $25,850.00 | Ashley Reid/Marion Wallace | | USPIS intercepted parcel $6,000, USPIS interview $19,850 |
| Robert | Carroll | IL | 93 | 4/2/1900 | $0.00 | $31,000.00 | Ashley Reid/Marion Wallace | | USPIS intercepted parcel $4,000, USPIS interview $27,000 |
| Donald | Clark | NV | 88 | | $0.00 | $68,434.47 | 5810 36th Street Hyattsville, Maryland (FedEx) | | Loan of $55,000, MG $2,291 total, WU $11,143.47 total |
| Sue | Click | TN | 81 | | $0.00 | $94,045.60 | 5810 36th Street Hyattsville, Maryland (FedEx) | | MG $28,347.60 total, WU $55,698 total, FBI interview $10,000 |
| William | Paul | NH | 56 | | $10.00 | $10.00 | Keno Brown | Green Dot $10 | |
| Newton | McDaniel | VA | | 2/26/2014 | $40.00 | $40.00 | Travis Ennis | WU $40 | |
| Terry | Curtis | CA | 65 | | $100.00 | $100.00 | Keno Brown | RIA Financial $100 | |
| Danny | Dunston | IL | 70 | | $100.00 | $100.00 | Travis Ennis | MG $100 | |
| Everton | Elliott | MD | 52 | | $100.00 | $100.00 | Tracy Feggins | MG $100 | |
| Michael | Gallagher | ND | 53 | | $100.00 | $100.00 | Jamia Brooks/Onijah Crighton | WU $100 | |
| Sharon Sue | Wolfe | OH | | 11/6/2005 | $140.00 | $140.00 | 5810 36th Street Hyattsville, Maryland (FedEx) | WU $140 | |
| Dolly | Minarik | IN | 95 | | $149.00 | $149.00 | Travis Ennis | WU $149 | |
| Rolande | Guizart | CA | 90 | | $150.00 | $150.00 | Onijah Crighton | WU $150, PayPal | |
| Morris | Lucas | DC | | 9/20/2016 | $160.00 | $160.00 | Onijah Crighton | MG $160 | |
| Richard | Wise | NJ | 88 | | $190.00 | $190.00 | Travis Ennis | MG $190 | |
| Clifford | Abston | AL | 63 | | $200.00 | $200.00 | Ashley Reid | RIA Financial $200 | |
| Lynn | O'Hara | TX | 74 | | $200.00 | $200.00 | Ashley Reid | WU $200 | |
| Joan | Thomas | IN | 79 | | $200.00 | $200.00 | Monique Isaacs | WU $200 | |
| Barry | Fowler | NM | | 3/27/2014 | $210.00 | $1,053.03 | Ashley Reid | WU $210 | WU $1053.03 total |
| Janice | Tyler | VA | 94 | | $235.00 | $235.00 | Taneka Artwell | MG $235 | |
| Albertine | Cole | OH | 73 | | $250.00 | $450.00 | Marion Wallace | MG $250 | MG $450 total |
| Richard | Spence | MI | 72 | | $250.00 | $250.00 | Travis Ennis | WU $250 | |
| Siosi | Tapani | CA | 75 | | $250.00 | $100,000.00 | Keno Brown | RIA $250 | FBI interview estimated loss $100,000 |
| Charlotte | Twitchell | CA | 72 | | $250.00 | $197,359.00 | 5810 36th Street Hyattsville, Maryland (FedEx) | MG $250 | MG $11,027 total, WU $6,332 total, FBI interview $180,000 |
| William | Stewart | AL | 88 | | $280.00 | $280.00 | Keno Brown | RIA Financial $280 | |
| Douglas | Tilghman | PA | 64 | | $286.00 | $286.00 | Travis Ennis | WU $286 | |
| Elvira | Martinez | TX | 81 | | $300.00 | $300.00 | Onijah Crighton | WU $300 | |
| Gladys | Parks | PA | 91 | | $300.00 | $300.00 | Onijah Crighton | Western Union $300 | |
| Betty | Wright | SC | 73 | | $300.00 | $300.00 | Ashley Reid | WU $300 | |
| Julius | Orlansky | CA | 100 | | $315.00 | $315.00 | Travis Ennis | WU $315 | |
| John | Lashway | SC | 83 | | $375.00 | $375.00 | Ashley Reid | WU $375 | |
| Margit | Blalock | NC | 71 | | $390.00 | $3,200.00 | Elizabeth Dosumu | RIA Financial $390 | WU $2,810 total |
| Mary | Dodd | OK | 78 | | $400.00 | $400.00 | Taneka Artwell | MG $400 | |
| Maria | Erb | CO | 86 | | $400.00 | $400.00 | Jamia Brooks/Onijah Crighton | WU $400 | |
| Gloria | Miras | CA | 50 | | $400.00 | $400.00 | Taneka Artwell | MG $400 | |
| Virgil | Burtz | WA | | 10/24/2014 | $435.00 | $435.00 | Travis Ennis | WU $435 | |
| Mary | Moorman | IN | 91 | | $440.00 | $20,440.00 | Elizabeth Dosumu | RIA Financial $440 | FBI interview $20,000 |
| Suzanne | Meder | PA | 76 | | $485.00 | $485.00 | Alexis Moore | WU $485.00 | |
| Cristina | Redona | FL | | 10/24/2019 | $495.00 | $495.00 | Onijah Crighton | MG $495 | |
| Melvin | Wheeler | TX | 89 | | $495.00 | $495.00 | Travis Ennis | MG $495 | |
| Gerald | Mullins | WI | | 1/18/2016 | $499.00 | $499.00 | Onijah Crighton | Green Dot $499 | |
| Desdamona | Tiemann | TX | | 12/30/2019 | $499.00 | $499.00 | Taneka Artwell | WU $499 | |
| Jean | Chapman | MI | 88 | | $500.00 | $81,000.00 | Petergaye Holness | Green Dot $500 | USPIS intercepted parcel $2,000, USPIS interview $79,000 |
| Darrell | Hamilton | SC | 60 | | $500.00 | $500.00 | Travis Ennis | WU $500 | |
| Wanda | McAnally | OK | 81 | | $500.00 | $500.00 | Paul Gredler | WU $500 | |
| El Takahashi | Ramos | FL | 91 | | $500.00 | $500.00 | Elizabeth Dosumu | RIA Financial $500 | |
| David | Skinner | MA | 79 | | $550.00 | $550.00 | Ashley Reid | WU $550 | |
| Patricia | Brown | NJ | 72 | | $630.00 | $630.00 | Travis Ennis | WU $630 | |
| Mary | Brant | FL | | 3/29/2004 | $650.00 | $650.00 | Taneka Artwell | MG $650 | |
| Mitchell | Montaque | FL | 51 | | $838.00 | $838.00 | Keno Brown | WU $838 | |
| Barbara Alta | Leverich | OK | 91 | | $850.00 | $850.00 | Taneka Artwell | WU $850 | |
| Laverne | Henry | NY | 59 | | $874.00 | $874.00 | Paul Gredler | WU $874 | |
| William | Kalili | HI | | 12/4/2011 | $898.00 | $898.00 | Travis Ennis | WU $898 | |
| Jennie | Saavedra | NM | 83 | | $900.00 | $900.00 | Ashley Reid | WU $900 | |
| Katherine | Johnson-Wade | IL | 89 | 7/30/1999 | $950.00 | $950.00 | Ashley Reid | WU $950 | |
| John | Moore | AZ | 87 | | $950.00 | $950.00 | 5810 36th Street Hyattsville, Maryland (FedEx) | WU $950 | |

| First | Last | State | Age | Date | Amount | Total | Recipient | Method | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Monte Edward | Haughey | WA | | 7/16/2017 | $1,000.00 | $1,000.00 | Keno Brown | RIA Financial $1,000 | |
| Frederick | McClain | PA | 73 | | $1,000.00 | $1,000.00 | Ashley Reid | WU $1,000 | |
| Hiroko | Reinbold | IL | 88 | | $1,092.00 | $1,092.00 | Travis Ennis | MG $847, WU $245 | |
| Beverly | Randall | WA | 86 | | $1,100.00 | $42,900.00 | 5810 36th Street Hyattsville, Maryland (FedEx) | MG $100, RIA Financial $1,000 | WU $1,800 total, MG and RIA $1,100 total, FBI interview $40,000 |
| Rizalina | Espina | CA | 82 | | $1,200.00 | $1,200.00 | Ashley Reid | WU $1,200 | |
| Thomas | Royko | OH | 83 | | $1,200.00 | $1,200.00 | Taneka Artwell | MG $600, RIA Financial $600 | |
| Donald | Woods | CA | | 3/1/2016 | $1,250.00 | $1,250.00 | Travis Ennis | MG $1,250 | |
| Shirley | Davis | MT | 78 | | $1,295.00 | $111,295.00 | Paul Gredler | WU $1,295 | FBI interview $110,000 |
| Corey | Swan | PA | 43 | | $1,300.00 | $1,300.00 | Ashley Reid | WU $1,300 | |
| Joe | Thompson | MS | 70 | | $1,319.00 | $1,319.00 | Onijah Crighton | Bancorp $1,319 | |
| Betty | Konecny | NM | 97 | | $1,350.00 | $1,350.00 | Elizabeth Dosumu/Ambrozine Oppenine | Transfer to Dosumu and Oppenine | |
| Ruth | Olson | CA | | 12/29/2016 | $1,400.00 | $1,400.00 | Onijah Crighton | MG $1,400 | |
| Harry | Malcom | WA | 84 | | $1,495.00 | $1,495.00 | Keno Brown | Bancorp $1,495 | |
| Daniel | Lahmon | CA | 67 | | $1,500.00 | $1,500.00 | Ashley Reid | AccountNow Card $1,500 | |
| Annette | Ford | AR | 77 | | $1,600.00 | $1,600.00 | Ashley Reid/ Travis Ennis | WU $1,600 | |
| John | Parret | OR | 75 | | $1,642.00 | $101,642.00 | Taneka Artwell/Jamia Brooks | MG $1,243, RIA Financial $399 | FBI interview $100,000 |
| Norval | Sykes | TX | 63 | | $1,690.00 | $38,690.00 | Keno Brown | Green Dot $1,690 | Green Dot $1,690, interview $37,000 |
| Adeline | Skeen | AL | 96 | | $1,700.00 | $1,700.00 | Ceante Barkley | MG $1,700 | |
| Colleen | Illingworth | IA | 88 | | $1,735.00 | $1,735.00 | Onijah Crighton | AccountNow Card $1,735 | |
| Don | Steele | AZ | 70 | | $1,773.00 | $1,773.00 | Keno Brown | Bancorp $1,773 | |
| Karen Lee | Sundquist | MN | 52 | | $1,780.00 | $1,780.00 | Jamia Brooks/Monique Isaacs/Taneka Artwell | MG $1140, WU $100, RIA Financial $540.00 | |
| Barbara | Brisbane | VA | 78 | | $1,900.00 | $1,900.00 | Keno Brown/Jasmine Barkley | Bancorp $1,900 | |
| Carsel | Harrison | IN | 47 | | $1,900.00 | $1,900.00 | Travis Ennis | WU $1,900 | |
| Cecil Leon | Harvey | TN | 98 | | $1,900.00 | $1,900.00 | Ashley Reid | Central National Bank Card $1,900 | |
| Edna | Stubits | FL | 89 | | $1,918.00 | $1,918.00 | Keno Brown | RIA Financial $1,918 | |
| Genevieve H. | Molina | CA | 73 | | $1,984.00 | $1,984.00 | Elizabeth Dosumu | RIA Financial transfers $1,984 | |
| Henrietta | Ellison | GA | | 5/30/2014 | $2,000.00 | $2,000.00 | Onijah Crighton | Bancorp $2,000 | |
| Delores | Lay | OH | | 3/17/2019 | $2,010.00 | $2,010.00 | Onijah Crighton/Keno Brown | Green Dot $2,010 | |
| Norman | Eck | OR | 84 | | $2,299.00 | $98,713.06 | Keno Brown | RIA Financial transfers $2,299 | MG $60,400.06 total, WU $36,014 total, RIA $2,299 total |
| Mary | Ohlinger | NE | 66 | | $2,350.00 | $2,350.00 | Ashley Reid | WU $2,350 | |
| Ronald | Selvaggio | AL | 86 | | $2,400.00 | $2,400.00 | Taneka Artwell | MG $1,700, RIA Financial $700 | |
| Jannie | Jenkins | NY | 82 | | $2,444.00 | $2,444.00 | Onijah Crighton | Bancorp $2,444 | |
| Ella | Edwards | TX | 78 | | $2,450.00 | $2,450.00 | Ashley Reid | AccountNow $2,450 | |
| David | Smith | GA | 59 | | $2,450.00 | $2,450.00 | Taneka Artwell/Monique Isaacs | MG $2,450 | |
| Willie | Evans | MI | | 11/25/2016 | $2,574.99 | $2,574.99 | Onijah Crighton | Bancorp $2,574.99 | |
| Donald | Krebs | WA | 95 | | $2,575.00 | $2,575.00 | Onijah Crighton | GE Capital Retail Card $2,575 | |
| Rose Lee | Farber | TX | | 8/15/2015 | $2,750.00 | $2,750.00 | Onijah Crighton | AccountNow Card (Bancorp Bank) | |
| Patricia | Upton | MI | | 6/19/2016 | $2,852.00 | $2,852.00 | Onijah Crighton/Oshane Sibley | Green Dot $2,852 | |
| Ronald | Supinger | NC | 87 | | $2,930.00 | $230,000.00 | Onijah Crighton | Axiom Bank Insight Card $2,930 | |
| Donald | Heller | GA | | 7/12/2016 | $3,000.00 | $3,000.00 | Taneka Artwell | WU $1,200, MG $900, RIA $900 | |
| Joanne | Hink | OR | 73 | | $3,000.00 | $3,000.00 | Elizabeth Dosumu | Cash deposits into Dosumu BOA | |
| Carolyn | Waldroup | GA | 72 | | $3,300.00 | $3,300.00 | Jasmine Barkley | MG $3,300 | |
| Mary | Musial | CA | | 10/13/2015 | $3,500.00 | $18,800.00 | Shavelle Campbell/Ashley Reid | WU $3,500 | USPIS intercepted parcel $5,000, additional USPS packages $3,000, WU $10,800 total |
| Aldona | Lowe | PA | | 3/6/2018 | $3,550.00 | $3,550.00 | Onijah Crighton/Jasmine Barkley | Bancorp $3,550 | |
| Alma | Collins | MI | 83 | | $3,554.00 | $3,554.00 | Travis Ennis | WU $999, MG $2,555 | |
| James | Beisner | NE | | 1/5/2019 | $3,558.00 | $3,558.00 | Keno Brown/Jasmine Barkley | Bancorp $3,558 | |
| Pauline | Eaton | CA | | 5/1/2018 | $3,750.00 | $3,750.00 | Onijah Crighton | Bancorp $3,750 | |
| Sandra | Rogers | CA | 75 | | $3,920.00 | $3,920.00 | Onijah Crighton | AccountNow Card $3,000, MG | |
| Derek | Hattaway | TN | 33 | | $4,024.36 | $4,024.36 | Ashley Reid | AccountNow $4,024.36 | |
| George | Hahl | NY | | 4/11/2017 | $4,100.00 | $19,424.00 | Onijah Crighton | Green Dot $4,100 | Debit cards $4,100 total, WU $15,324 total to Jamaica |
| Donald | Vance | IA | 79 | | $4,300.00 | $80,000.00 | Jamia Brooks/Jasmine Barkley | MG $4,300 | Vance Testimony $80,000 |
| Rosamond | Latham | AL | 54 | | $4,370.00 | $4,370.00 | Keno Brown | Bancorp $4,370 | |
| James | Oliver | NY | | 2/7/2020 | $4,560.50 | $84,560.50 | Travis Ennis | MG $4,560.50 | FBI interview $80,000 |
| Leonor | Yoro | CA | 64 | | $4,680.00 | $4,680.00 | Taneka Artwell/Monique Isaacs | MG $4,680 | |
| Laura | Tindall | MI | 71 | | $4,684.00 | $4,684.00 | Ashley Reid | AccountNow $2,374, Metabank | |
| Mary | Fischer | TX | 89 | | $4,748.00 | $4,748.00 | Keno Brown | WU $243, Bancorp $2,405, Green | |
| Lonnie | Harris | TX | 72 | | $4,750.00 | $31,427.80 | 5810 36th Street Hyattsville, Maryland (FedEx) | MG $400, RIA $4,350 | MG $15,736.80 total, WU $3,341 total, RIA $4,350, FBI interview $8,000 |
| Sue | Callow | OH | 82 | | $4,850.00 | $4,850.00 | Onijah Crighton | AccountNow Card $1,550, | |
| Lois | Keller | IL | 92 | | $4,894.30 | $104,894.30 | Onijah Crighton | Rushcard $3,910.20, Bancorp | FBI interview $100,000 |
| William | Venegas | CA | 71 | | $5,000.00 | $5,000.00 | Taneka Artwell | FBI interview $5,000 | |
| Carolyn | Oman-McGraw | CO | | 12/10/2015 | $5,270.00 | $5,270.00 | Keno Brown | Green Dot $5,270 | |

| First | Last | State | Age | Date | Amount | Total | Contact | Method | Notes |
|---|---|---|---|---|---|---|---|---|---|
| Lorraine | Smetona | OK | 83 | | $5,900.00 | $85,900.00 | Elizabeth Dosumu | Cash deposits into Dosumu BOA | FBI interview $80,000 |
| Sandra | Coursey | DE | 56 | | $5,950.00 | $35,950.00 | Ashley Reid | Wire transfers BOA, MG, WU $5,950 total | Wire transfers $5,950, BOA credit card transfer $30,000 |
| Willard | Overgaard | ID | 94 | | $6,000.00 | $6,000.00 | Taneka Artwell/Monique Isaacs | MG $6,000 | |
| Sue | Dzielak | AZ | 72 | | $6,950.00 | $6,950.00 | Travis Ennis | Green Dot $6,950 | |
| Janice | Garner | LA | 75 | | $7,180.00 | $7,180.00 | Onijah Crighton/Ceante Barkley | AchieveCard $2,135 (Bancorp Bank), GE Capital Retail Card $5,045 | |
| James | Barrett | WA | 84 | | $9,466.55 | $9,466.55 | Ashley Reid | AccountNow $2,951, Rushcard | |
| James | Harper | KY | 81 | 7/15/2017 | $9,904.01 | $9,904.01 | Ashley Reid | Rushcard $9,904.01 | |
| Ethel | Hazelwood | FL | 84 | | $10,600.00 | $10,600.00 | Ashley Reid | WU $5,500, MG $5,100 | |
| Diane | Bedell | MI | 64 | | $12,034.95 | $12,034.95 | Onijah Crighton | Rushcard $4,980, Green Dot | |
| Beatrice | Cauley | MO | 94 | 11/6/2014 | $12,433.90 | $12,433.90 | Onijah Crighton | Rushcard $4,277.90, Bancorp | |
| Mary Margaret | Rund | IL | 90 | | $17,185.00 | $17,185.00 | Taneka Artwell | | FBI interview $15,485 |
| Vivian | Barron | FL | 83 | | $17,350.00 | $17,350.00 | 5810 36th Street Hyattsville, Maryland (FedEx) & Ashley Reid | BOA Wire transfer $14,900, WU $1,450, RIA $1,000 | |
| Henry | Williams | MD | 82 | | $17,987.05 | $17,987.05 | Onijah Crighton | Rush Card $6,893.05, Bancorp $10,594.00, WU $500 | |
| Priscilla | Roger | LA | 80 | | $18,399.91 | $114,741.67 | Ashley Reid | WU $12,399.94, MG $5,999.97 | WU $26,912.94 total, MG $87,828.73 total |
| William | Daley | PA | | 5/17/2014 | $19,602.52 | $19,602.52 | Jasmine Barkley | Rushcard $4,282.52, Green Dot $1,000, Bancorp $14,320 | |
| Eunice Mary | Clements | OH | 93 | | $24,681.60 | $24,681.60 | Onijah Crighton | RIA Financial transfers $1,800, Rush Card $22,881.60 | |
| Sadie | Woodson | CA | 94 | | $46,645.72 | $1,082,708.22 | Onijah Crighton/Travis Ennis | AccountNow Card $6,478, Axiom Bank Card $5,739, Bancorp Cards $11,281.96, WU $4,990, MG $2,715, intercepted Package $1,100, Rush | Total MG $25,525.50 sent, total WU $18,242.00 sent, Estimated loss $1,000,000, intercepted package $1,100, total debit cards $37840.72 |
| Oscar | Roe | KY | | 7/24/2018 | $59,500.00 | $59,500.00 | 5810 36th Street Hyattsville, Maryland (FedEx) | FBI interview - Checks totaling $59,500 | |
| Paul | Gredler | VA | 60 | | $109,900.00 | $124,900.00 | Onijah Crighton/Travis Ennis | WU $3,900, Green Dot $11,200, Express Mail packages $94,800 | Suspects attempted to obtain an additional $15,000 |
| Benjamin | Rubicam | WA | | 12/6/2016 | $157,115.12 | $270,353.98 | Keno Brown/Onijah Crighton | RushCard $135,779.98, Green Dot $4145.95, Bancorp Bank | Debit cards $152,295.12 total, MG $48,755 total, WU $69,303.86 total, USPS packages |
| Blalock | Margit | NC | | | $900.00 | | Michael Louis | Wells Fargo deposit | 7/7/2017 drop account transaction |
| | | GA | | | $150.00 | | Michael Louis | Wells Fargo deposit | 7/13/2017 drop account transaction |
| | | GA | | | $120.00 | | Michael Louis | Wells Fargo deposit | 7/14/2017 drop account transaction |
| Blalock | Margit | NC | | | $3,000.00 | | Michael Louis | Wells Fargo deposit | 7/14/2017 drop account transaction |
| Blalock | Margit | NC | | | $3,000.00 | | Michael Louis | Wells Fargo deposit | 7/17/2017 drop account transaction |
| Blalock | Margit | NC | | | $1,100.00 | | Michael Louis | Wells Fargo deposit | 7/17/2017 drop account transaction |
| | | CA | | | $500.00 | | Michael Louis | Wells Fargo deposit | 7/18/2017 drop account transaction |
| | | NC | | | $500.00 | | Michael Louis | Wells Fargo deposit | 7/18/2017 drop account transaction |
| | | AL | | | $2,100.00 | | Michael Louis | Wells Fargo deposit | 8/23/2017 drop account transaction |
| | | TX | | | $800.00 | | Michael Louis | Wells Fargo deposit | 9/15/2017 drop account transaction |
| | | FL | | | $3,445.00 | | Michael Louis | Wells Fargo deposit | 9/19/2017 drop account transaction |
| | | | | | $100.00 | | Michael Louis | BOA deposit | 5/16/2017 drop account transaction |
| | | | | | $40.00 | | Michael Louis | BOA deposit | 5/17/2017 drop account transaction |
| | | | | | $486.00 | | Michael Louis | BOA deposit | 5/26/2017 drop account transaction |
| | | | | | $150.00 | | Michael Louis | BOA deposit | 6/26/2017 drop account transaction |
| | | OK | | | $1,750.00 | | Michael Louis | BOA deposit | 5/11/2017 drop account transaction |
| | | NM | | | $750.00 | | Michael Louis | BOA deposit | 5/12/2017 drop account transaction |
| | | MD | | | $433.62 | | Michael Louis | BOA deposit | 5/12/2017 drop account transaction |
| | | CA | | | $500.00 | | Michael Louis | BOA deposit | 5/15/2017 drop account transaction |
| | | NC | | | $400.00 | | Michael Louis | BOA deposit | 5/19/2017 drop account transaction |
| | | TN | | | $400.00 | | Michael Louis | BOA deposit | 5/16/2017 drop account transaction |
| | | MD | | | $2,500.00 | | Michael Louis | BOA deposit | 7/3/2017 drop account transaction |
| | | NM | | | $500.00 | | Michael Louis | BOA deposit | 7/5/2017 drop account transaction |
| | | CA | | | $225.00 | | Michael Louis | BOA deposit | 6/26/2017 drop account transaction |
| | | TX | | | $250.00 | | Michael Louis | BOA deposit | 7/3/2017 drop account transaction |
| | | MD | | | $500.00 | | Michael Louis | BOA deposit | 7/3/2017 drop account transaction |
| | | | | | $170.00 | | Michael Louis | BOA deposit | 7/8/2016 drop account transaction |
| | | | | | $20.00 | | Michael Louis | BOA deposit | 1/9/2017 drop account transaction |
| | | | | | $458.88 | | Michael Louis | BOA deposit | 7/8/2016 drop account transaction |
| | | | | | $10.00 | | Michael Louis | BOA deposit | 1/9/2017 drop account transaction |
| | | | | | $80.00 | | Michael Louis | BOA deposit | 7/25/2016 drop account transaction |
| | | | | | $350.00 | | Michael Louis | BOA deposit | 8/1/2016 drop account transaction |
| | | | | | $60.00 | | Michael Louis | BOA deposit | 8/12/2016 drop account transaction |
| | | | | | $40.00 | | Michael Louis | BOA deposit | 3/23/2016 drop account transaction |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | $800.00 | | Michael Louis | BOA deposit | 8/1/2016 drop account transaction |
| | | | | | | $607.00 | | Michael Louis | BOA deposit | 5/2/2016 drop account transaction |
| | | | | | | $200.00 | | Michael Louis | BOA deposit | 6/2/2016 drop account transaction |
| | | | | | | $700.00 | | Michael Louis | BOA deposit | 8/15/2016 drop account transaction |
| | | | | | | $40.00 | | Michael Louis | BOA deposit | 3/28/2016 drop account transaction |
| | | | | | | $40.00 | | Michael Louis | BOA deposit | 3/23/2016 drop account transaction |
| | | | | | | $100.00 | | Michael Louis | BOA deposit | 8/12/2016 drop account transaction |
| | | | | | | $100.00 | | Michael Louis | BOA deposit | 6/15/2016 drop account transaction |
| | | MD | | | | $500.00 | | Michael Louis | BOA deposit | 12/2/2016 drop account transaction |
| | | FL | | | | $100.00 | | Michael Louis | BOA deposit | 12/19/2016 drop account transaction |
| | | MD | | | | $200.00 | | Michael Louis | BOA deposit | 4/29/2016 drop account transaction |
| | | MO | | | | $265.00 | | Michael Louis | BOA deposit | 1/25/2017 drop account transaction |
| | | MO | | | | $180.00 | | Michael Louis | BOA deposit | 1/25/2017 drop account transaction |
| | | NC | | | | $200.00 | | Michael Louis | BOA deposit | 1/27/2017 drop account transaction |
| | | FL | | | | $2,300.00 | | Michael Louis | BOA deposit | 2/6/2017 drop account transaction |
| | | VA | | | | $598.84 | | Michael Louis | BOA deposit | 9/26/2016 drop account transaction |
| | | MD | | | | $100.00 | | Michael Louis | BOA deposit | 5/18/2016 drop account transaction |
| | | MD | | | | $65.00 | | Michael Louis | BOA deposit | 1/27/2017 drop account transaction |
| | | MO | | | | $100.00 | | Michael Louis | BOA deposit | 1/26/2017 drop account transaction |
| | | FL | | | | $20.00 | | Michael Louis | BOA deposit | 1/23/2017 drop account transaction |
| | | TX | | | | $60.00 | | Michael Louis | BOA deposit | 2/6/2017 drop account transaction |
| | | MD | | | | $200.00 | | Michael Louis | BOA deposit | 10/21/2016 drop account transaction |
| | | MD | | | | $30.00 | | Michael Louis | BOA deposit | 10/31/2016 drop account transaction |
| | | MD | | | | $350.00 | | Michael Louis | BOA deposit | 11/4/2016 drop account transaction |
| | | MD | | | | $80.00 | | Michael Louis | BOA deposit | 11/25/2016 drop account transaction |
| | | MD | | | | $100.00 | | Michael Louis | BOA deposit | 11/25/2016 drop account transaction |
| | | MD | | | | $1,100.00 | | Michael Louis | BOA deposit | 11/18/2016 drop account transaction |
| Joanne | Hink | OR | | | | $3,000.00 | | Elizabeth Dosumu | BOA deposit | 6/7/2017 drop account transaction |
| Konecny | Betty | CA | | | | $600.00 | | Elizabeth Dosumu | BOA deposit | 6/5/2017 drop account transaction |
| | | NM | | | | $550.00 | | Elizabeth Dosumu | BOA deposit | 6/5/2017 drop account transaction |
| Lorraine | Smetona | OK | | | | $4,500.00 | | Elizabeth Dosumu | BOA deposit | 6/1/2017 drop account transaction |
| Lorraine | Smetona | OK | | | | $1,400.00 | | Elizabeth Dosumu | BOA deposit | 5/31/2017 drop account transaction |
| | | CA | | | | $400.00 | | Elizabeth Dosumu | BOA deposit | 5/31/2017 drop account transaction |
| | | NC | | | | $500.00 | | Elizabeth Dosumu | BOA deposit | 5/24/2017 drop account transaction |
| | | | | | **Totals** | **$803,599.82** | **$3,679,196.56** | | | |